# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DRAPER FRANK WOODYARD,** | ) |
| Petitioner, | ) ) ) |
| vs. | ) ) CIV. ACT. NO. 1:24-cv-210-TFM-N |
| **BALDWIN COUNTY SHERIFF'S DEPARTMENT,** *et al.*, | ) ) ) ) |
| Respondent. | ) |

## MEMORANDUM OPINION AND ORDER

On January 13, 2025, the Magistrate Judge entered a Report and Recommendation which recommends this petition brought under 28 U.S.C. § 2241 be dismissed without prejudice as moot, all pending motions be denied as moot, and a certificate of appealability be denied. *See* Doc. 23. No objections were filed and the time frame has passed.

Accordingly, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, it is **ORDERED** that the petition for a writ of habeas corpus brought pursuant to 28 U.S.C. § 2241 is **DISMISSED without prejudice as moot**. All pending motions are **DENIED as moot**. Finally, the Court determines that Petitioner is not entitled to a Certificate of Appealability and therefore, is not entitled to appeal *in forma pauperis*.

The Court will enter a separate judgment pursuant to Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this 4th day of February, 2025.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE