### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **DRAPER FRANK WOODYARD,** | ) |
| Petitioner, | ) ) ) |
| vs. | ) CIV. ACT. NO. 1:24-cv-210-TFM-N |
| **BALDWIN COUNTY SHERIFF'S DEPARTMENT,** | ) ) ) ) |
| Respondent. | ) |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered on this date adopting the Recommendation of the Magistrate Judge, it is **ORDERED, ADJUDGED, and DECREED** that Draper Frank Woodyard's petition under 28 U.S.C. § 2241 is **DISMISSED without prejudice as moot**. Further the Court determines that Petitioner is not entitled to a Certificate of Appealability and, therefore, is not entitled to appeal *in forma pauperis*.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 4th day of February, 2025.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE